■ In the Matter of LIVINGSTON COUNTY COMMISSIONER OF SOCIAL SERVICES, as Assignee and on Behalf of CHERYL PRAGLE, Appellant, v ADAM D. PRAGLE, Respondent. (Appeal No. 2.) [741 NYS2d 767] —Appeal from an order of Family Court, Livingston County (Gibbs, H.E.), entered June 11, 2001, which, inter alia, directed respondent to reimburse petitioner for support.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously vacated without costs.

Same Memorandum as in *Matter of Livingston County Commr. of Social Servs. (Pragle) v Pragle* ([appeal No. 1] 294 AD2d 906). Present—Pigott, Jr., P.J., Hayes, Wisner, Scudder and Kehoe, JJ.